NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSEPHUS WILLIAMS,                      )
                                        )
            Appellant,                  )
                                        )
v.                                      )         Case No. 2D18-2987
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____ )

Opinion filed September 13, 2019.

Appeal from the Circuit Court for Sarasota
County; Charles E. Roberts, Judge.

Howard L. Dimmig, II, Public Defender, and
Richard P. Albertine, Jr., Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.

KHOUZAM, Chief Judge.

        This is Josephus Williams' Anders[1] appeal of the revocation of his

probation and the resulting sentence of fifteen years in prison for fleeing or attempting to

_____

        [1]Anders v. California, 386 U.S. 738 (1967).

elude a law enforcement officer. We affirm in all respects except we remand for the entry of an amended revocation order.

The record shows that an affidavit was filed alleging Williams had committed three violations of condition five of his probation by failing to live without violating any law. Following an evidentiary hearing, the court found that Williams had willfully and substantially violated his probation and a revocation order was entered. However, the revocation order does not specify the conditions that Williams was found to have violated. Accordingly, we must remand for the entry of an order that delineates the specific conditions Williams was found to have violated. See Montonez v. State, 724 So. 2d 650, 651 (Fla. 2d DCA 1999).

Affirmed and remanded with instructions.

NORTHCUTT and BLACK, JJ., Concur.